UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS V. WHITE and JUDITH A. WHITE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEFIELD FINANCIAL, INC., a California corporation doing business in the State of Washington; COUNTRYWIDE HOME LOANS, INC., a New York corporation doing business in the State of Washington; and CORPORATION SERVICE COMPANY, a Delaware corporation doing business in the State of Washington,<br><br>Defendants. | CASE NO. C07-5114RJB<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANT CORPORATION SERVICE COMPANY |

This matter comes before the Court on the plaintiffs' Motion to Dismiss Defendant Corporation Service Company (Dkt. 10). The Court has considered the pleadings filed in support of the motion and the remainder of the file herein.

**I. BACKGROUND AND DISCUSSION**

Pending before the Court is the plaintiffs' Motion to Dismiss Defendant Corporation Service Company (Dkt. 10). None of the defendants has responded to the motion. Pursuant to Local Rule CR 7(b)(2), the Court considers the lack of response as an indication that the motion has merit. The Court should therefore grant the motion.

ORDER
Page 1

## II. ORDER

Therefore, it is hereby

**ORDERED** that the plaintiffs' Motion to Dismiss Defendant Corporation Service Company (Dkt. 10) is **GRANTED**, and Defendant Corporation Service Company is **DISMISSED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 31st day of May, 2007.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge