HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DENNIS V. WHITE and JUDITH A. WHITE, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HOMEFIELD FINANCIAL, INC., a California corporation doing business in the State of Washington; COUNTRYWIDE HOME LOANS, INC. is a New York corporation doing business in the State of Washington; and CORPORATION SERVICE COMPANY a Delaware corporation doing business in the State of Washington,<br><br>　　　　　　　Defendants. | NO: C07-5114 RJB<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT HOMEFIELD FINANCIAL, INC. ONLY** |

**TO　　　　:　The Clerk of the Court**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel of record, that all claims of the Plaintiffs against Homefield Financial, Inc. in the above-entitled matter may be dismissed with prejudice and without costs to //

//

any party herein.　This stipulation is not intended to affect any other claims that may exist in this matter other than those between plaintiffs and Homefield Financial, Inc.

Dated this 27th day of December, 2007.

| | |
|---|---|
| **GIERKE, CURWEN, DYNAN & ERIE, P.S.**<br>Attorneys for Defendant Homefield Financial, Inc. | **ATTORNEY AT LAW**<br>Attorneys for Plaintiff Dennis V. White and Judith A. White |
| By:  /s/MARK W. CONFORTI<br>    **MARK W. CONFORTI,** WSBA #28137 | By:   /S/ E. ALLEN WALKER    .<br>    **E. ALLEN WALKER,** WSBA #19621 |

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION** for an Order of Dismissal with prejudice and without costs, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims of the Plaintiffs against Homefield Financial, Inc. in the above-entitled matter be and the same are hereby dismissed with //

//

//

//

//

//

//

prejudice and without costs to any party herein.   This order does not affect any other claims that may exist in this matter other than those between plaintiffs and Homefield Financial, Inc.

Dated this 28th day December, 2007.

/s/ Robert J Bryan<br>
Robert J Bryan<br>
United States District Judge

Presented by:

**GIERKE, CURWEN, DYNAN & ERIE**, **P.S.**
Attorneys for Defendant Homefield Financial, Inc.


By:_  /s/MARK W. CONFORTI_____
     **MARK W. CONFORTI,** WSBA #28137


Copy received; Approved as to Form and Content;
Notice of presentation waived:

ATTORNEY AT LAW
Attorneys for Plaintiffs Dennis V. White and Judith A. White


By:___/S/ E. ALLEN WALKER___._____
     **E. ALLEN WALKER,** WSBA #19621