Honorable Robert J. Bryan

FILED _____ LODGED
_____ RECEIVED

APR 2 1 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                          DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

DENNIS V. WHITE and JUDITH A WHITE husband and wife,

    Plaintiffs,

vs.

HOMEFIELD FINANCIAL, INC., a California corporation doing business in the State of Washington COUNTRYWIDE HOME LOANS INC., is a New York corporation doing business in the State of Washington; and CORPORATION SERVICE COMPANY, a Delaware corporation doing business in the State of Washington

    Defendants

NO. C07-5114 RJB

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the parties, by and through their attorneys, and hereby stipulate to an order dismissing the above captioned action with prejudice without an award of fees or costs to either party, but the Court retains jurisdiction to resolve settlement responsibility related issues .

THIS STIPULATION is based on the records and files herein, and because the parties have settled all claims.

DATED this ___ day of April, 2008.

_____
E. ALLEN WALKER, WSB #19621
Attorney for Plaintiffs

LANE POWELL, PS

_____
GREGORY FOX, WSB # 36559
Attorney for Defendant Countrywide

E. ALLEN WALKER
Attorney at Law
2607 Bridgeport Way West, Ste. 2C
Tacoma, Washington 98466
253-566-3383   FAX: 253-566-2248

ORDER OF DISMISSAL WITHOUT PREJUDICE         -1-

\* \* \* \* \* **ORDER** \* \* \* \* \*

THIS MATTER having come before the above entitled court with the motion to dismiss the above action with prejudice without an award of fees or costs to either party, the court being fully advised in the premises, and the court having reviewed the file and records herein, it is hereby

**ORDERED**, that the above matter is dismissed with prejudice without an award of fees or costs to either party. This Court retains jurisdiction to resolve settlement responsibility related issues.

DONE IN OPEN COURT this 18 day of April, 2008.

_____
HONORABLE ROBERT J. BRYAN

Presented by:

_____
E. ALLEN WALKER, WSB #19621
Attorney for Plaintiffs

Approved for entry:

LANE POWELL, PS

_____
GREGORY FOX, WSB # 30559
Attorney for Defendant Countrywide

E. ALLEN WALKER
Attorney at Law
2607 Bridgeport Way West, Ste. 2C
Tacoma, Washington 98466
253-566-3383 · FAX: 253-566-2248